UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAURICIO BENTY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00364-TSB |
| | ) | |
| **COUNTY OF BUTLER, OHIO** *et al.* | ) | Judge Timothy S. Black |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Under S.D. Ohio Civ. R. 83.3(e), Donald P. Screen, trial attorney for Plaintiff Mauricio Benty, moves this Court to admit attorney Anna Nathanson *pro hac vice* to appear and participate, along with attorney Screen, as counsel for Mr. Benty.

Movant represents that Anna Nathanson is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate of good standing from that court (Exhibit A) and that Anna Nathanson is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Anna Nathanson's relevant identifying information is as follows:

| | |
|---|---|
| Business Address: | **Anna Nathanson**<br>Norris Law<br>616 E Street N.W.<br>Washington, DC 20004 |
| Business Telephone: | (202) 830-1225 |
| Business e-mail: | anna@norrislawgroup.org |

Anna Nathanson understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this motion.

Respectfully submitted,

*/s/ Donald P. Screen*
Donald P. Screen (0044070)
The Chandra Law Firm LLC
1265 W. 6th St., Suite 400
Cleveland, OH 44113
216.578.1700 Phone
216.578.1800 Fax
Donald.Screen@ChandraLaw.com

*Counsel for Mr. Benty*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically through the Court's CM/ECF System this 29th day of June, 2021. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system.

*/s/ Donald P. Screen*
Donald P. Screen (0044070)