IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|   |   |
|---|---|
| : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Judge Jeffery P. Hopkins |

**ORDER**

There are one or more motions for summary judgment pending in the instant action. To the extent that the parties have not done so already, the parties are hereby **ORDERED** to submit "Proposed Undisputed Facts" and a "Response to Proposed Undisputed Facts" as required by Section II.F.6.b. of this Court's Standing Order Governing Civil Cases (available at https://www.ohsd.uscourts.gov/FPHopkins). Movants must file "Proposed Undisputed Facts" within twenty-one (21) days from the date of this Order. Opponents shall file their "Response to Proposed Undisputed Facts" not more than fourteen (14) days thereafter.

**IT IS SO ORDERED.**

August 23, 2024

Jeffery P. Hopkins
United States District Judge

| | |
|---|---|
| 1:19-cv-00692-JPH | *Collins v. Central Railroad of Indiana et al* |
| 1:20-cv-00947-JPH | *Ward et al v. Highland County Sheriff's Department, et al* |
| 1:20-cv-00972-JPH | *Mamedova et al v. USCIS et al* |
| 1:20-cv-00989-JPH | *Bayong et al v. County of Butler of the State of Ohio et al* |
| 1:21-cv-00364-JPH | *Benty v. Butler County, Ohio et al* |
| 1:21-cv-00533-JPH | *Breitenstein v. Deters et al* |
| 1:22-cv-00016-JPH | *Norman v. Johnson Controls Fire Protection LP* |
| 1:22-cv-00390-JPH | *McGraw v. LEM Products Distribution, LLC* |
| 1:23-cv-00296-JPH | *Lucke Commons Office Condominium Association, Inc. v. Frankenmuth Mutual Insurance Company* |